# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **EDWARD RAY TROTTER, JR.** | **CIVIL ACTION NO. 25-0699** |
| | |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| | |
| **NOAH RUFF, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## **JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 6] having been considered, together with the written objections thereto filed with this Court [Doc. No. 7], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Edward Ray Trotter, Jr.'s false arrest and unlawful search claims are **STAYED** under the following conditions:

a. If Plaintiff intends to proceed with these claims, he must, within thirty (30) days of the date the criminal proceedings against him conclude, file a motion to lift the stay;

b. If the stay is lifted and the Court finds that Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed absent some other bar to suit;

c. Plaintiff should not file any more documents concerning these particular claims in this action until the state court proceedings conclude; and

d. Defendants shall not be required to answer these claims during the stay, and Plaintiff may not seek a default judgment or conduct any discovery during the stay.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against the State of Louisiana and the Shreveport Police Department are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 28th day of July, 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE